by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Claim of MICHAEL IMCHANITZKY.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Claim of MICHAEL IMCHANITZKY.— Motion to dismiss appeal granted, without costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the RUSSIAN REINSURANCE COMPANY OF PETROGRAD, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Claim of MICHAEL IMCHANITZKY.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARY C. BRADY v. HENSHAT REALTY CORPORATION and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WALTER S. KLEE, as Trustee for the Benefit of the Holders of the Bonds Secured by a Certain Trust Mortgage Executed by VAN RENSSELAER ESTATES, INC., v. VAN RENSSELAER ESTATES, INC., and Another, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before December 19, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of ANTHONY J. SPECIALE for an Order Directing THEODORE P. ECONOMU to Proceed to Arbitration, etc.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ELFAN REALTY AND INVESTMENT COMPANY v. WILLIAM B. ARMSTRONG.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

GEORGE SEETH v. J. O. JOSEPH & Co., INC.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SALLY ZOREFF v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SCHLITTEN, MICHAELS Co., INC., v. UNIVERSAL HOUSEFURNISHING Co., INC., and Others.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.